RECEIVED
IN LAKE CHARLES, LA.

MAR 14 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAT TERRY | : | DOCKET NO. 2:11 CV112 |
| VS. | : | JUDGE MINALDI |
| JAMES LEBLANC, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's civil rights claims are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 13 day of March 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE